# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3278

| | | |
|---|---|---|
| Rene Ramos Galvan, | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| | * | |
| United States of America, | * | |
| | * | CR 01-146(1) PAM/JGL |
| Appellee. | * | |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 14, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 13 20__
U.S. DISTRICT COURT ST. PAUL